## UNITED STATES of America, Plaintiff—Appellee,

v.

## Cristobal ESCOBEDO–ACOSTA, Defendant—Appellant.

### No. 04–10452.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

## MEMORANDUM **

Cristobal Escobedo–Acosta ("Acosta") appeals the sentence imposed following his conviction by guilty plea for illegal reentry after deportation in violation of 8 U.S.C.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

§ 1326. Acosta, who was sentenced under the mandatory Sentencing Guidelines before the Supreme Court its issued its decision in *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), asserts that the case should be remanded for resentencing under the post-*Booker* advisory Guidelines.

We dismiss the appeal because Acosta, in his plea agreement, knowingly and voluntarily waived his right to appeal. *See United States v. Cortez–Arias,* 403 F.3d 1111 (9th Cir.2005), *as amended,* No. 04–10184, 2005 WL 2401877 (9th Cir.2005) (holding that pre-*Booker* waiver of right to appeal precludes appellate relief under *Booker* ).

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.